IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY and THE OHIO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIG ROCK EXCAVATING, RICHARD ROSE, and CINDY ROSE,<br><br>Defendants. | JUDGMENT<br><br>Case No. 1:20-cv-00147-JNP-DBP<br><br>Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED THAT the plaintiffs' action is dismissed without prejudice.

Dated November 12, 2025.

BY THE COURT:

_____
JILL N. PARRISH, Judge
United States District Court

1